NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TRIAL PRACTICES, INC.,                    )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D17-961
                                          )
HAHN LOESER & PARKS, LLP,                 )
                                          )
            Appellee.                     )
_____   )

Opinion filed October 12, 2018.

Appeal from the Circuit Court for
Hillsborough County; Steven Scott
Stephens, Judge.

G. Donovan Conwell, Jr. of Conwell
Business Law, LLLP, Tampa, for Appellant.

Edmond E. Koester of Coleman, Yovanovich
& Koester, P.A., Naples, for Appellee.


PER CURIAM.


            Affirmed.


SILBERMAN, KELLY, and BLACK, JJ., Concur.